No. 674. SHAWANO NATIONAL BANK ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Orville S. Luckenbach* and *C. H. Bonnin* for petitioners. *Solicitor General McGrath, John R. Benney, Milton Klein* and *David London* for respondent.

No. 702. KRAUSE *v.* UNITED STATES. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Joseph T. Harrington* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 709. MUTARIELLI *v.* UNITED STATES. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Thomas D. McBride* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 729. THEIS ET AL., AS BONDHOLDERS' PROTECTIVE COMMITTEE, ET AL. *v.* LUTHER. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Chauncey H. Clarke* and *Frank P. Barker* for petitioners. *Charles M. Blackmar* for respondent.

No. 731. GREENBERG *v.* I. & I. HOLDING CORP. ET AL. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Edwin M. Slote* for petitioner. *Leonard G. Bisco* and *Max Schwartz* for respondents.